AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al.
Plaintiff
v.
BRANDON NOUHAVANDI , et al.
Defendant

Civil Action No. 2:26−CV−03836−JDC−TPL
Judge James D Cain, Jr

## SUMMONS IN A CIVIL ACTION

To:
**A Safe Choice Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **A Safe Choice Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **A Safe Choice Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**A Safe Choice Network Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **A Safe Choice Network Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **A Safe Choice Network Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Abuzz L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Abuzz L L C** was received by me on *(date)*________________________________.

- I personally served the summons on **Abuzz L L C** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) | Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**C S A A S C L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **C S A A S C L L C** was received by me on *(date)*______________________________.

- I personally served the summons on **C S A A S C L L C** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Cambridge Reproductive Health Consultants**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Cambridge Reproductive Health Consultants** was received by me on *(date)*______________________________.

- I personally served the summons on **Cambridge Reproductive Health Consultants** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Charlene Eisenberg Reproductive Health Collaborative Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Charlene Eisenberg Reproductive Health Collaborative Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **Charlene Eisenberg Reproductive Health Collaborative Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Christie Pitney Nursing & Reproductive Health Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Christie Pitney Nursing & Reproductive Health Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **Christie Pitney Nursing & Reproductive Health Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Remy Coeytaux**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Remy Coeytaux** was received by me on *(date)*______________________________.

- I personally served the summons on **Remy Coeytaux** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Remy Coeytaux**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Remy Coeytaux** was received by me on *(date)*______________________________.

- I personally served the summons on **Remy Coeytaux** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Forward Midwifery P L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Forward Midwifery P L L C** was received by me on *(date)*________________________________.

- I personally served the summons on **Forward Midwifery P L L C** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Angel Foster**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Angel Foster** was received by me on *(date)*________________________________.

- I personally served the summons on **Angel Foster** at *(place)*____________________________ _______________________________________ on *(date)*_________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Robin Hewlett**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robin Hewlett** was received by me on *(date)*________________________________.

- I personally served the summons on **Robin Hewlett** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Ishani Village L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Ishani Village L L C** was received by me on *(date)*______________________________.

- I personally served the summons on **Ishani Village L L C** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) | |
| v. | ) | Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) | Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**J B N Operations L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **J B N Operations L L C** was received by me on *(date)*________________________________.

- I personally served the summons on **J B N Operations L L C** at *(place)*____________________________ ______________________________________ on *(date)*_________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL<br>) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Manisha Kumar**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Manisha Kumar** was received by me on *(date)*______________________________.

- I personally served the summons on **Manisha Kumar** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Metro Area Modern Reproductive Care L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Metro Area Modern Reproductive Care L L C** was received by me on *(date)*______________________________.

- I personally served the summons on **Metro Area Modern Reproductive Care L L C** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Brandon Nouhavandi**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Brandon Nouhavandi** was received by me on *(date)*______________________________.

- I personally served the summons on **Brandon Nouhavandi** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) | Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Jessica Nouhavandi**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jessica Nouhavandi** was received by me on *(date)*______________________________.

- I personally served the summons on **Jessica Nouhavandi** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**O P T I O Womens Health Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **O P T I O Womens Health Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **O P T I O Womens Health Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**One Plus Four L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **One Plus Four L L C** was received by me on *(date)*________________________________.

- I personally served the summons on **One Plus Four L L C** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or
- I returned the summons unexecuted because ______________________ __________________________________________; or
- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Timothy Paik−Nicely**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Timothy Paik−Nicely** was received by me on *(date)*_______________________________.

- I personally served the summons on **Timothy Paik−Nicely** at *(place)*___________________________ _____________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL<br>) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Maureen Paul**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Maureen Paul** was received by me on *(date)*________________________________.

- I personally served the summons on **Maureen Paul** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Pea Conn L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Pea Conn L L C** was received by me on *(date)*_______________________________.

- I personally served the summons on **Pea Conn L L C** at *(place)*___________________________ _____________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ _________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al.
Plaintiff
v.
BRANDON NOUHAVANDI , et al.
Defendant

Civil Action No. 2:26−CV−03836−JDC−TPL
Judge James D Cain, Jr

## SUMMONS IN A CIVIL ACTION

To:
**Christie Pitney**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Christie Pitney** was received by me on *(date)*________________________________.

- I personally served the summons on **Christie Pitney** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

STATE OF LOUISIANA, et al.
Plaintiff
v.
BRANDON NOUHAVANDI , et al.
Defendant

Civil Action No. 2:26−CV−03836−JDC−TPL
Judge James D Cain, Jr

**SUMMONS IN A CIVIL ACTION**

To:
**R Tucker Ltd**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **R Tucker Ltd** was received by me on *(date)*________________________________.

- I personally served the summons on **R Tucker Ltd** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ___________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ___________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ _________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) | |
| v. | ) | Civil Action No. 2:26−CV−03836−JDC−TPL<br>Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Margaret Simeone**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Margaret Simeone** was received by me on *(date)*______________________________.

- I personally served the summons on **Margaret Simeone** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Southern Woven Health P L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Southern Woven Health P L L C** was received by me on *(date)*______________________________.

- I personally served the summons on **Southern Woven Health P L L C** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________ ______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Robin Tucker**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robin Tucker** was received by me on *(date)*________________________________.

- I personally served the summons on **Robin Tucker** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STATE OF LOUISIANA, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:26−CV−03836−JDC−TPL |
| | ) | Judge James D Cain, Jr |
| BRANDON NOUHAVANDI , et al. | ) | |
| Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**With Open Arms Center for Reproductive Choices Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **With Open Arms Center for Reproductive Choices Inc** was received by me on *(date)*______________________________.

- I personally served the summons on **With Open Arms Center for Reproductive Choices Inc** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

STATE OF LOUISIANA, et al. )
Plaintiff )
v. ) Civil Action No. 2:26−CV−03836−JDC−TPL
) Judge James D Cain, Jr
BRANDON NOUHAVANDI , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Susan Yanow**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




***CLERK OF COURT***

Date: 10/1/2026

/s/ − Daniel J. McCoy

2:26−CV−03836−JDC−TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Susan Yanow** was received by me on *(date)*________________________________.

- I personally served the summons on **Susan Yanow** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc: