UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

State of Louisiana, et al.
Plaintiff

vs.

Brandon Nouhavandi, et al
Defendant

Case No. 2:26-cv-03836

Judge
Magistrate Judge

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the State of Alabama in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Alabama Supreme Court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.
- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.
- There have been no disciplinary proceedings or criminal charges instituted against me.
- In accordance with the local rules for the United States District Court, Western District of Louisiana, Caitlin Huettemann of the firm of Louisiana Department of Justice is appointed as local counsel.
- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic

mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| /s/ *Alexander Barrett Bowdre* | /s/ *Caitlin Huettemann* |
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |

PLEASE TYPE OR PRINT LEGIBLY:

Name: Alexander Barrett Bowdre
Firm: Office of the Ala. Attorney General
Address: 501 Washington Avenue
Montgomery, AL 36130
Telephone: 334.242.7300
Fax: 334.353.8400
E-mail: barrett.bowdre@AlabamaAG.gov
Additional e-mail(s):
rene.whyard@AlabamaAG.gov

LOCAL COUNSEL INFORMATION:

Name: Caitlin Huettemann
Firm: Louisiana Department of Justice
Address: 1885 N. Third Street
Baton Rouge, LA 70802
Telephone: 225-888-7903
Fax:
E-mail: HuettemannC@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which shall send notification of such filing to all participating counsel of record.

*/s/ Caitlin Huettemann*_______________

Name: Caitlin Huettemann__________
Firm: Louisiana Department of Justice_
Address: 1885 N. Third Street__________
Baton Rouge, LA 70802_____
Telephone: 225-888-7903__________
Fax: ____________________________
E-mail: HuettemannC@ag.louisiana.gov