UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

State of Louisiana, et al.
Plaintiff

vs.

Brandon Nouhavandi, et al
Defendant

Case No. 2:26-cv-03836

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE THOMAS P. LEBLANC

# ORDER

**CONSIDERING** Plaintiff State of Arkansas's Motion to Appear Pro Hac Vice [doc. 6]:

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and, accordingly, Brittany Nicole Edwards is enrolled *pro hac vice* as counsel of record for the State of Arkansas in this action.

**SO ORDERED** at Lake Charles, Louisiana, this 5th day of October, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**