UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., PLAINTIFFS, v. BRANDON NOUHAVANDI, et al., DEFENDANTS. | Civ. No. 2:26-cv-03836<br>Hon. James D. Cain, Jr.<br>Mag. Judge Thomas P. LeBlanc |

## MOTION FOR SCHEDULING CONFERENCE

Plaintiffs State of Louisiana, State of Arkansas, and State of Alabama respectfully move this Court for a scheduling conference to discuss the most efficient way to proceed in this lawsuit. In particular, Plaintiffs wish to update the Court on the completion of service and provide a proposal for extending current deadlines. As of today, Plaintiffs have completed service for nearly every corporate entity Defendant in this case. Plaintiffs expect to complete service for the remaining corporate entity Defendants and individual Defendants by approximately the end of November. For those corporate entity Defendants already served, however, their responsive pleadings are currently due on various dates between November 3 and 5. As service is completed with respect to the remaining Defendants, Plaintiffs expect that new corresponding pleading deadlines will extend into December.

To streamline proceedings for the Court—and to accommodate those Defendants who already have responsive-pleading deadlines—Plaintiffs would consent to extending the current responsive-pleading deadlines (and any new such deadlines arising as to other Defendants) to December 31 on the condition that the already-served Defendants accept or facilitate service for related Defendants. Those related Defendants are identified here:

- Brandon Nouhavandi (managing member of JBN Operations LLC, which is already served);

- Jessica Nouhavandi (sister of Brandon Nouhavandi, managing member of JBN Operations LLC, which is already served);
- Timothy Paik-Nicely (owner of With Open Arms Center for Reproductive Choices, Inc., which is already served);
- Robin Hewlett (owner of CSA ASC LLC, which is already served, and affiliated with One Plus Four LLC, which is likewise already served);
- Robin Tucker (owner of R. Tucker Limited and president of Metro Area Modern Reproductive Care, LLC, which are already served, and affiliated with Charlene Eisenberg Reproductive Health Collaborative, Inc., Southern Woven Health PLLC, and Pea Conn LLC, which are likewise already served);
- Christie Pitney (CEO of Christie Pitney Nursing and Reproductive Health Inc., which is already served);
- Forward Midwifery PLLC (owned by Christie Pitney of Christie Pitney Nursing and Reproductive Health Inc., which is already served);
- Manisha Kumar (owner of Ishani Village LLC, which is already served);
- Margaret Simeone (CEO of A Safe Choice Network Inc., which is already served, and affiliated with A Safe Choice Inc. and OPTIO Women's Health, Inc., which are likewise already served); and
- Remy Coeytaux (CEO of Remy Coeytaux, MD, PC, which is already served, and affiliated with A Safe Choice Inc., A Safe Choice Network Inc., and OPTIO Women's Health, Inc., which are likewise already served).

Plaintiffs agree not to rely on the already-served Defendants' assistance to advance any procedural or merits argument in this case. And for any already-served Defendant that represents to the Court that

it has no affiliation with the individuals and entities named above, Plaintiffs would agree to similarly extend its responsive pleading deadline to December 31.

Because Plaintiffs expect multiple dispositive motions from the nearly three dozen Defendants, Plaintiffs request a deadline of March 1 to file oppositions to any such motions. And Plaintiffs propose a deadline of April 1 for any replies in support of the dispositive motions. Plaintiffs also would be pleased to present oral argument at any hearing scheduled by the Court.

Although counsel for the already-served Defendants have not yet appeared, Plaintiffs understand that they are monitoring this docket in advance of their impending deadlines. Accordingly, Plaintiffs expect that they would fully participate in a scheduling conference to discuss the above items. Plaintiffs thus respectfully ask the Court to set a scheduling conference to discuss whether the Court and already-served Defendants are amenable to the proposal above. In addition, Plaintiffs would consent to the Court holding in abeyance the pleading deadlines for the already-served Defendants (and any new pleading deadlines for the remaining Defendants) pending this Court's entry of a briefing schedule.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL OF LOUISIANA**

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
Solicitor General
CAITLIN HUETTEMANN
Assistant Solicitor General
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, La 70802
Telephone: (225) 506-3746
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Louisiana*

**TIM GRIFFIN**
**ATTORNEY GENERAL OF ARKANSAS**

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON*
Solicitor General
BRITTANY EDWARDS*
Senior Assistant Attorney General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 682-2007
autumn.patterson@arkansasag.gov
brittany.edwards@arkansasag.gov

*Counsel for Arkansas*

**STEVE MARSHALL**
**ATTORNEY GENERAL OF ALABAMA**

*/s/ A. Barrett Bowdre*
A. BARRETT BOWDRE*
Solicitor General
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36104

Telephone: (334) 242-7300
barrett.bowdre@alabamaag.gov

**Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga

*Counsel for Louisiana*