UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br>Plaintiffs,<br>v.<br>BRANDON NOUHAVANDI, *et al.*,<br>Defendants. | Case No. 2:26-CV-03836<br>Judge James D. Cain<br>Magistrate Judge Thomas P. LeBlanc |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Manisha Kumar and Ishani Village PLLC, in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of all the courts of the State of New York, including its Court of Appeals, which is the highest court of such state. Attached hereto is a certificate of good standing from New York's Appellate Division, Third Department.
- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.
- There have been no disciplinary proceedings or criminal charges instituted against me.
- In accordance with the local rules for the United States District Court, Western District of Louisiana, McKenna R. Giovingo and William H. Africk of the firm of O'Bryon, Schnabel & Africk, PLC are appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| /s/ *Nicolas Kabat* | /s/ *McKenna R. Giovingo* |
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |


| PLEASE TYPE OR PRINT LEGIBLY: | | LOCAL COUNSEL INFORMATION: | |
|---|---|---|---|
| Name: | Nicolas Kabat | Name: | McKenna R. Giovingo, LSBA 40790<br>William H. Africk, LSBA 34719 |
| Firm: | CENTER FOR REPRODUCTIVE RIGHTS | Firm: | O'BRYON, SCHNABEL & AFRICK, PLC |
| Address: | 199 Water Street, 22nd Floor<br>New York, NY 10038 | Address: | 935 Gravier Street, Suite 900<br>New Orleans, LA 70112 |
| Telephone: | 917-637-3775 | Telephone: | 504-799-4200 |
| Fax: | 917-637-3666 | Fax: | 504-799-4211 |
| E-mail: | nkabat@reprorights.org | E-mail: | mg@obryonlaw.com<br>wha@obryonlaw.com |

Additional Email: rflynn@reprorights.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to Plaintiffs' counsel of record. No other counsel have yet appeared in this case.

/s/ *McKenna R. Giovingo*
Signature

Name: McKenna R. Giovingo, LSBA 40790
Firm: O'Bryon, Schnabel & Africk, PLC
Address: 935 Gravier Street, Suite 900
New Orleans, LA 70112
Telephone: 504-799-4200
Fax: 504-799-4211
E-mail: mg@obryonlaw.com