**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al*. | |
| Plaintiffs, | Civ. No.: No. 2:26-cv-03836 |
| v. | Judge James D. Cain, Jr. |
| BRANDON NOUHAVANDI, *et al*. | Mag. Judge Thomas P. LeBlanc |
| Defendants. | |

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER BY DEFENDANT MANISHA KUMAR**

Pursuant to Fed. R. Civ. P. 5.2(e)(1), Defendant Manisha Kumar moves for a protective order to redact her home address from ECF Nos. 30 and 30–1, a Proof of Service filed with the Court on November 10, 2026.[1] Copies of those documents showing the proposed redactions are attached as Exhibit 1 to the accompanying proposed Order. Counsel have conferred with counsel for Plaintiffs, who do not oppose this request.

Rule 5.2(a) requires the redaction of certain personally identifying or other sensitive information from court filings, specifically, “an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number.” Rule 5.2(e) further authorizes the Court to issue an order requiring “redaction of additional information” where there is “good cause.” Good cause is amply demonstrated here.

For starters, Dr. Kumar’s home address has no relevance to the claims asserted in this action. There is no reason for those details to be part of the public record. This Court recognizes

[1] This motion is made without prejudice to Dr. Kumar’s objections and defenses, all of which are expressly reserved.

the sensitivity of publishing an individual's home address and has issued numerous orders directing such information to be redacted from court filings. *See, e.g.*, *Missouri v. Biden*, Case No. 3:22-cv-01213, 2022 WL 18143894 (W.D. La. Nov. 17, 2022) (granting protective order seeking to redact defendants' personal addresses, telephone numbers and email addresses); *United States v. Pierce*, Crim. No. 26-147-01, 2026 WL 2164763 (W.D. La. July 27, 2026) (ordering redaction of personal addresses). Other courts in this Circuit do as well. *See*, *e.g.*, *Gee v. Women's Health Ctr.*, Misc. No. 18-4793, 2019 WL 2617109 (E.D. La. June 25, 2019) (ordering redaction of non-parties' personal residence addresses); *Ruiz v. City of Austin*, Case No. 1:24-cv-1048-DAE, 2025 WL 5241280 (W.D. Tex. Sept. 25, 2025) (ordering redaction of plaintiff's residential address, phone number and email address).

The allegations in this case make the sensitivity of Dr. Kumar's home address particularly acute. The Complaint alleges that Dr. Kumar is an abortion provider who has sent more than 4,900 "abortion-drug packages" to addresses in Louisiana, Arkansas and Alabama between 2024 and mid-2026. Complaint ¶ 117, ECF No. 1. Judicial opinions are filled with accounts of violence and threats of violence against abortion providers at their clinics and homes. *See*, *e.g.*, *June Med. Servs. v. Kliebert*, 158 F. Supp. 3d 473, 497–99 (M.D. La. 2016) (detailing threats of violence at offices and homes of Louisiana abortion providers); *Planned Parenthood of Wis. v. Hollen*, 94 F. Supp. 3d 949, 982–83 (W.D. Wis. 2015) (testimony by Wisconsin abortion providers describing picketing at their homes and cars vandalized in their driveways). For this reason, abortion providers are often permitted to proceed anonymously when they serve as plaintiffs in a lawsuit. *See, e.g.*, *Women's Health Ctr. of W. Va. v. Sheth*, No. 2:23-cv-00079, 2023 WL 2054280 (S.D. West Va. Feb. 16, 2023) (granting motion to pursue case under pseudonym); *June Med. Servs*., 158 F. Supp. 3d at 498

(describing precautions taken during trial, including to allow Doe physicians to testify from behind a screen).

The possibility that the public availability of Dr. Kumar's home address could lead to harassment or violence at her home is "good cause" that justifies the redaction of that information from ECF Nos. 30 and 30–1.

Dated: November 13, 2026

Respectfully submitted,

/s/ *McKenna R. Giovingo*
McKenna R. Giovingo (LSBA 40790)
William H. Africk (LSBA 37419)
O'BRYON, SCHNABEL & AFRICK, PLC
935 Gravier Street, Suite 900
New Orleans, LA 70112
(504) 799-4200
wha@obryonlaw.com
mg@obryonlaw.com

Linda C. Goldstein*
Nicolas Kabat*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3775
lgoldstein@reprorights.org
nkabat@reprorights.org

Jacqueline Harrington*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
jacqueline.harrington@dechert.com

Friedrich-Wilhelm Sachse*
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
will.sachse@dechert.com

*Counsel for Defendants Manisha Kumar and Ishani Village PLLC*

* *Pro hac vice application pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I presented the foregoing *Unopposed Motion for a Protective Order by Defendant Manisha Kumar t*o the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to Plaintiffs' counsel of record. No other counsel has yet appeared in this case.

/s/ *McKenna R. Giovingo*
McKenna R. Giovingo (LSBA 40790)
William H. Africk (LSBA 37419)
O'BRYON, SCHNABEL & AFRICK, PLC
935 Gravier Street, Suite 900
New Orleans, LA 70112
(504) 799-4200
wha@obryonlaw.com
mg@obryonlaw.com