**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL;<br><br>THE STATE OF ARKANSAS, BY AND THROUGH ITS ATTORNEY GENERAL, TIM GRIFFIN; AND<br><br>THE STATE OF ALABAMA, BY AND THROUGH ITS ATTORNEY GENERAL, STEVE MARSHALL;<br><br>PLAINTIFFS,<br><br>V.<br><br>BRANDON NOUHAVANDI, *ET AL.*<br><br>DEFENDANTS. | Case No.: 2:26-cv-03836<br><br>Judge: James D. Cain, Jr<br><br>Mag. Judge: |

**PROOF OF SERVICE**

I hereby certify that on October 15, 2026, a true and correct copy of Summons and Complaint were served upon R. Tucker Limited. through its registered agent, by United States Postal Service Certified Mail Return Receipt Requested, addressed as follows:

Registered Agents Inc.
1717 N. Street NW, Suite 1
Washington, DC 20036

Certified Tracking No. 9589-0710-5270-1410-3091-31

The certified mail was delivered on October 15, 2026, as evidenced by the United States Postal Service Delivery Confirmation, a copy of which is attached hereto as Exhibit “A”.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

DATED: November 20, 2026

**Tim Griffin**
**ATTORNEY GENERAL**

By: ______________________________
Brittany Edwards, Ark. Bar No. 2016235
Senior Assistant Attorney General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-8114
Email: Brittany.Edwards@ArkansasAG.gov