**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL;<br><br>THE STATE OF ARKANSAS, BY AND THROUGH ITS ATTORNEY GENERAL, TIM GRIFFIN; AND<br><br>THE STATE OF ALABAMA, BY AND THROUGH ITS ATTORNEY GENERAL, STEVE MARSHALL;<br><br>PLAINTIFFS,<br><br>V.<br><br>BRANDON NOUHAVANDI, *ET AL.*<br><br>DEFENDANTS. | Case No.: 2:26-cv-03836<br><br>Judge: James D. Cain, Jr.<br><br>Mag. Judge: |

**EXHIBIT "A"**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701410309131

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 2:41 pm on October 15, 2026 in WASHINGTON, DC 20036.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20036
October 15, 2026 2:41 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**