*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br>Plaintiffs,<br>v.<br>BRANDON NOUHAVANDI, *et al.*,<br>Defendants. | Case No. 2:26-CV-03836<br>Judge James D. Cain<br>Magistrate Judge Thomas P. LeBlanc |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Remy Coeytaux, Remy Coeytaux, MD, PC, and OPTIO Women's Health, Inc., in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of all the courts of the District of Columbia, including its Court of Appeals, which is the highest court of such state. Attached hereto is a certificate of good standing from the District of Columbia Court of Appeals.
- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.
- There have been no disciplinary proceedings or criminal charges instituted against me.
- In accordance with the local rules for the United States District Court, Western District of Louisiana, Alexandra Moody of Lift Louisiana is appointed as local counsel.

*(Rev. 6/14/2022)*

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

/s/ *Jenna Hudson*
Signature of Applying Attorney

Applying attorney may use typed "s/ signature."

/s/ *Alexandra Moody*
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: Jenna Hudson
Firm: CENTER FOR REPRODUCTIVE RIGHTS
Address: 1600 K St NW, Suite 700
Washington, DC 20006
Telephone: 202-638-0286
Fax: 917-637-3666
E-mail: jhudson@reprorights.org
Additional Email: rflynn@reprorights.org

LOCAL COUNSEL INFORMATION:

Name: Alexandra Moody, LSBA 41095
Firm: LIFT LOUISIANA
Address: 2831 St. Claude Ave., #203
New Orleans, LA 70117
Telephone: 504-484-9636
Fax: N/A
E-mail: alex@liftlouisiana.org

*(Rev. 6/14/2022)*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to Plaintiffs' counsel of record. No other counsel has yet appeared in this case.

/s/ *Alexandra Moody*
Signature

Name: Alexandra Moody, LSBA 41095
Firm: Lift Louisiana
Address: 2831 St. Claude Ave., #203
New Orleans, LA 70117
Telephone: 504-484-9636
Fax: N/A
E-mail: alex@liftlouisiana.org