*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al*., Plaintiffs, | Case No. 2:26-CV-03836 |
| v. | Judge James D. Cain |
| BRANDON NOUHAVANDI, *et al*., Defendants. | Magistrate Judge Thomas P. LeBlanc |

**ORDER**

IT IS ORDERED that Jenna Hudson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Remy Coeytaux, Remy Coeytaux, MD, PC, and OPTIO Women's Health, Inc., in the above described action.

SO ORDERED on this, the _____ day of November, 2026.

______________________________
U.S. Magistrate Judge